UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REUBEN BERONILLA and<br>MARIA V. BERONILLA,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>NATIONSTAR LENDING LLC, et al.,<br><br>　　　　　　　Defendants. | Case No. 5:14-cv-02680-PSG<br><br>**ORDER VACATING ENTRY OF DEFAULT**<br><br>**(Re: Docket Nos. 14 and 15)** |

　　　　The docket reflects that Plaintiffs erroneously served Nationstar Mortgage, LLC (not a party to the case) and not Nationstar Lending LLC (a party to the case).[1] Because Nationstar Lending LLC has not been served, the Clerk shall vacate the entry of default as to Nationstar Lending LLC.[2]

**IT IS SO ORDERED.**

Dated: July 31, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] *See* Docket No. 14.

[2] *See* Docket No. 15.

1

Case No. 5:14-cv-02680-PSG
ORDER VACATING ENTRY OF DEFAULT